# Court of Appeals
# of the State of Georgia

ATLANTA,  June 11, 2018

*The Court of Appeals hereby passes the following order:*

**A18E0056.  IN THE INTEREST OF: R.S.T., a child.**

Appellant has filed an Emergency Motion for Extension of Time to File Application for Discretionary Appeal to Amended Termination Order of May 31, 2018.  Said Motion is hereby **GRANTED**.  Appellant shall have until July 30, 2018 to file said application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   06/11/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*